IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID DICKSON, | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT JOHN KERESTES, et al. | : | NO. 10-267 |

**O R D E R**

AND NOW, this 28th day of January, 2011, upon consideration of the Petition for Writ of Habeas Corpus and the Commonwealth's Response, and the Report and Recommendation of the United States Magistrate Judge Carol Sandra Moore Wells, the Petitioner's objections, and the Respondents' response, it is hereby ORDERED as follows:

1. Petitioner's objections to the Report and Recommendation are overruled.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The petition for writ of habeas corpus is DENIED with prejudice.

4. A certificate of appealability is DENIED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., S.J.